IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| PWZ, INC., HANA CORP., FENTON STREET SERVICE STATION, INC. REDLAND SERVICE STATION, INC. AMAFHH OASIS, INC., FUEL MANGEMENT, INC., ENERGY MANAGEMENT, INC., GTOWN, INC. MILI ENTERPRISES, INC., BEST EFFORT FIRST TIME, LLC, EAST GUDE, INC. and HANOVER SERVICE INC.,<br><br>   Plaintiffs,<br>v.<br><br>EXXONMOBIL OIL CORPORATION, EXXON EXXONMOBIL CORPORATION, and SOUTHSIDE OIL, LLC | CASE NO.<br><br><br><br><br><br>NOTICE OF REMOVAL |

## DEFENDANTS EXXONMOBIL OIL CORPORATION AND EXXONMOBIL CORPORATION'S NOTICE OF REMOVAL

Defendants ExxonMobil Oil Corporation and ExxonMobil Corporation (together, "Exxon") submit this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, removing this matter to the United States District Court for the District of Maryland, Southern Division. In support of this removal, Exxon states the following:

1. On June 14, 2010, an action was commenced in the Circuit Court for Baltimore County, State of Maryland, entitled *PWZ, Inc., et al. v. ExxonMobil Oil Corporation, et al.*, Civil Case No. ____. A true and correct copy of the Complaint, and all other pleadings and orders are attached hereto as Exhibit A, as provided in 28 U.S.C. § 1446(a). As of the date of the filing of this notice of removal, Exxon has not yet been served in this action.

LDR/292403.1

2. The Complaint purports to state claims for Anticipatory Breach of Contract, Tortious Interference with Contractual and Economic Relations, Declaratory Judgment, and Temporary, Preliminary, and Permanent Injunctive Relief.

3. Pursuant to 28 U.S.C. § 1441(a), Exxon may remove to federal court any civil action in a state court of which the federal district possesses original jurisdiction. Because the Court possesses original diversity jurisdiction over this dispute pursuant to 28 U.S.C. § 1332, removal is proper. As set forth below, (i) this is action between citizens of different States; (ii) upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs; and (iii) this action is a civil action pending within the jurisdiction of the United States District Court of Maryland.

4. Plaintiffs are all Exxon-branded retail dealers who operate retail services stations throughout Maryland. Each plaintiff alleges that it is a Maryland corporation with a principal place of business in Maryland. Plaintiffs are therefore citizens of the State of Maryland for diversity jurisdiction purposes.

5. Exxon affirms that Defendant Southside Oil, LLC consents to removal of this action.

6. Because the requirements for this Court's original jurisdiction are satisfied, removal of this action from the Circuit Court for Baltimore County of the State of Maryland to federal court is proper.

7. This Court also has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that Plaintiffs' causes of action arise under and are governed by the federal Petroleum

Marketing Practices Act ("PMPA"), 15 U.S.C. §§ 2801, *et seq.* As made clear by Plaintiffs' own pleadings:

(a) Each Plaintiff and Exxon are parties to one or more franchise Agreements and are in a franchise relationship under the PMPA (*See* Exhibit A, Verified Complaint for Anticipatory Breach of Contract, Tortious Interference, Declaratory and Injunctive Relief ("Compl.") ¶ 10,);

(b) The PMPA defines and establishes the parameters, including the grounds, required notice, and procedures, for termination or nonrenewal of Plaintiffs' franchises (Compl. ¶ 10, fn.1);

(c) The PMPA Franchise Agreements govern certain aspects of Plaintiffs' businesses, including gasoline supply, trademark rights, and incorporates a lease of the premises (Compl. ¶ 18); and

(d) The relief Plaintiffs seek—to prevent assignment of their PMPA Franchise Agreements—implicates and is intertwined with the parties' respective rights and obligations under the PMPA.

8.  Venue in the District Court of Maryland, Southern Division, is proper under 28 U.S.C. § 1441(a) because the Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

9.  Pursuant to 28 U.S.C. §1446(d), written notice of the removal of this action is being given simultaneously to Plaintiffs' counsel, and a Notice of Filing of Notice of Removal is

being filed with the Circuit Court for Baltimore County. A true and correct copy of that Notice is attached hereto as Exhibit B.

WHEREFORE, Exxon hereby removes the above captioned action from the Circuit Court for Baltimore County, State of Maryland, and request that further proceedings be conducted in this Court as provided by law.

Date:   June 14, 2010                                     Respectfully submitted,

*/s/ Maurice A. Bellan*

Maurice A. Bellan
Federal Bar No. 14390
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendants ExxonMobil Oil Corporation and ExxonMobil Corporation*